

**Lento Law Group, P.C.**
1814 RT 70 STE 321
Cherry Hill , NJ 08003
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

February 27, 2025

Honorable Joan M. Azrack
United States District Court for the
New York Eastern District
100 Federal Plaza
Central Islip, NY 11722

RE: 2:24-cv-07024-JMA-SIL
<u>Melanthiou v. Board of Trustees, Long Island University</u>

Dear Judge Azrack:

Your Honor has scheduled an in-person pre-motion conference for March 20, 2025, at 1:00 P.M. I am writing with two requests. I have spoken with my adversary who has no objection to either request.

First, I request that the conference be continued to another date. I will be on a pre-paid vacation on March 20, 2025. The vacation is from March 12, 2025 through March 21, 2025. When I return, I must write a brief for a case pending in the Ninth Circuit. Therefore, I request it be continued until sometime in April.

Second, I will be traveling to the conference from my home in Sea Isle City, New Jersey. It is approximately a 3 1/2 drive each way. I would sincerely appreciate being able to participate remotely (Zoom, telephone, etc.).

Your courtesy with these matters would be appreciated.

Respectfully,

THE LENT LAW GROUP

BY: _____
LAWRENCE A. KATZ