

**Lento Law Group, P.C.**
1814 RT 70 STE 321
Cherry Hill , NJ 08003
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

April 29, 2025

Honorable Steven I. Locke
100 Federal Plaza
Central Islip, NY 11722

Via ECF E-Filing

RE: Melanthiou v. Board of Trustees, Long Island University et al
Case No. 2:24-cv-07024-JMA-SIL

Dear Judge Locke:

The Settlement Conference in this matter has been scheduled for May 13, 2025. I am not available on that date. My opposing counsel, Ms. Toren, has consented to my request for a continuance. We have conferred, and we are both available during the week of June 19, 2025.

I will be traveling from my home in Sea Isle City, NJ (a 3 ½ hour trip each way). Therefore, I respectfully request that the settlement conference be held remotely (Zoom, etc.). Ms. Toren prefers an in-person conference. Should an in-person appearance be required, if it could be scheduled between Noon-1:00 P.M., it would help my travel situation.

Thank you.

Respectfully,

THE LENT LAW GROUP

BY: _____
LAWRENCE A. KATZ