# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

April 29, 2025

**VIA ECF**
Honorable Steven I. Locke, United States Magistrate Judge
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: *Melanthiou v. Long Island University et al.*, 24-cv-07024 (JMA)(SIL)

Dear Judge Locke:

This firm represents defendants Long Island University[1] ("LIU"), Dr. Kimberly Cline, Dr. Arash Dabestani and Jean-Ann Smith (collectively, "Defendants") in this action. I write on behalf of the Parties to clarify that the Parties are available for a rescheduled settlement conference during the week of June 16, 2025.

Thank you for Your Honor's attention to this matter.

      Respectfully submitted,
      CLIFTON BUDD & DeMARIA, LLP
      *Attorneys for Defendants*

      By:   Douglas Catalano
            Stefanie Toren

cc: Lawrence Katz, Esq.
    Frank R. Schirripa, Esq.

---

[1] LIU is incorrectly named as "Board of Trustees, Long Island University doing business as the Arnold and Marie Schwartz College of Pharmacy."