

**Lento Law Group, P.C.**
1814 RT 70 STE 321
Cherry Hill , NJ 08003
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

March 2, 2026

Honorable Steven I. Locke
U.S District Court for the
Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

RE: Melanthiou v. Board of Trustees, Long Island University et al.
Case No. 2:2024cv07024

Your Honor:

There is a status conference scheduled for March 9, 2026, at 11:15 A.M. With the concurrence of defense counsel, I am requesting that it be continued.

We have spoken with Judge Azrack during telephone calls on January 14, 2026 and February 12, 2026. The parties are presently working to settle the case under a compromise suggested by Judge Azrack. This has been a slow process because of the plaintiff. I expect to soon ask Judge Azrack to meet with the plaintiff as she has agreed to do.

If the case does not settle, Judge Azrack has authorized the defendants to file a dispositive motion. Her Honor has stayed discovery in the interim.

Therefore, there will be little to discuss at the conference.

Thank you.

Respectfully,

THE LENT LAW GROUP

BY: _____
LAWRENCE A. KATZ
Counsel for Plaintiff