

**Lento Law Group, P.C.**
525 Route 73 North
Suite 104
Marlton, NJ 08052
856-652-2000 Ext: 497 (T)
856-375-1010 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lawrence.Katz@LLGNational.com

March 4, 2026

Honorable Joan M. Azrack
U.S District Court for the
Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

RE:   Melanthiou v. Board of Trustees, Long Island University et al.
      Case No. 2:2024cv07024

Your Honor:

When we last spoke, you kindly offered to personally speak with Mr. Melanthiou to help him understand the benefits of accepting Your Honor's proposed settlement solution, which I have strongly recommended. I sense that my client may be more amenable to the proposed settlement if he gets to explain himself ("vent") to the Court.

Although I know that it is not the Court's usual procedure, I request that the meeting be held by Zoom or Meetings. My travel from my home in the southern-most point of New Jersey to the courthouse results in a round-trip of at least 7 hours.

Scheduling a brief meeting with Mr. Melanthious would be appreciated.

Respectfully,

LLG NATIONAL

BY: _____
LAWRENCE A. KATZ
Counsel for Plaintiff