# <u>CIVIL CAUSE FOR SETTLEMENT CONFERENCE (Tel)</u>

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 4/6/2026 **(CI)**          TIME: 11:30 AM          TIME IN COURT:  20 min.

CASE:          **Melanthiou v. Board of Trustees, Long Island University et al**
               **2:24-cv-07024-JMA-SIL**

APPEARANCES:      Plaintiff:      Larry Katz, w/ Nickolas Melanthiou

                  Defendant:      No appearance required

FTR:    CISCO

☒      Case called.
☒      Counsel present for all sides.
☐      Briefing schedule set.
               Moving papers to be served by:
               Response:
               Reply:
               • Moving party is responsible for filing the fully briefed motion on ECF and
                 providing courtesy copies to Chambers.
☐      Case to be referred to the Magistrate Judge for
☐      Jury selection and trial scheduled for   before Judge Azrack.
☐      An in-person status conference is set for  before Judge Joan M. Azrack in Courtroom 920
       of the Long Island Courthouse.
☐      A telephone status conference is set for   with Judge Joan M. Azrack. Counsel shall dial
       571-353-2301 and enter access code 279933568 at the prompt.
☒      Other: Court's suggestions set forth. Counsel to notify the Court how he wishes to
       proceed by 4/10/2026.