# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

April 9, 2026

**VIA ECF**
Honorable Steven I. Locke, United States Magistrate Judge
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

          Re:     ***Melanthiou v. Long Island University et al.*, 24-cv-07024 (JMA)(SIL)**

Dear Judge Locke:

      This firm represents defendants Long Island University[1] ("LIU"), Dr. Kimberly Cline, Dr. Arash Dabestani and Jean-Ann Smith (collectively, "Defendants") in this action. Pursuant to Your Honor's March 5, 2026 Order, I write on behalf of the Parties to provide a status report. Plaintiff and Plaintiff's counsel appeared before Judge Azrack on April 6, 2026. The Parties are actively discussing settlement and plan to advise Judge Azrack of the status of settlement by April 24, 2026. As such, we do not believe that a status conference before Your Honor is necessary at this time.

      Thank you for Your Honor's assistance with this matter.

                    Respectfully submitted,
                    CLIFTON BUDD & DEMARIA, LLP
                    *Attorneys for Defendants*

                    *Stefanie Toren*

                    By:    Douglas Catalano
                             Stefanie Toren

cc: Lawrence Katz, Esq.

---

[1] LIU is incorrectly named as "Board of Trustees, Long Island University doing business as the Arnold and Marie Schwartz College of Pharmacy."