

**LLG National Law Group**
525 Route 73 North
Suite 104
Marlton, NJ 08052
Lawrence Katz, Esquire
Email: lawrence.katz@llgnational.com
Phone: 856-652-2000  Ext. 497

April 10, 2026

Honorable Joan M. Azrack
U.S District Court for the
Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

RE:     Melanthiou v. Board of Trustees, Long Island University et al.
        Case No. 2:2024cv07024

Dear Judge Azrack:

Let me first thank you again for taking the time to speak frankly with Mr. Melanthiou.

Mr. Melanthiou has agreed in principle to settle the case consistent with the University's offer that Your Honor recommended.  This would provide that Mr. Melanthiou would retake the two P3 courses, without having to pay any tuition for them, and if he successfully passes the courses, he will be able to proceed to Year-4 courses.  The University will also pay our firm reasonable counsel fees, to be determined separately from the primary academic issues.

I have presented Mr. Melanthiou's accommodation requests to Ms. Toren.  They include:

1.  Additional time to take exams.
2.  Access to a tutor once a week.

He has made two additional requests:

1.  He would like to attend the lectures remotely/online and only come into the University to take the exams in person.
2.  He would like to take and complete the P3 courses before this upcoming fall semester so that he can continue on with the P4 year this fall.

Ms. Toren will be presenting these requests to the University.  However, several different individuals need to be consulted.

Therefore, we request that we report the final outcome of the negotiations in two weeks.

Atlanta, GA • Birmingham, AL • Cherry Hill, NJ • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA
Mobile, AL • New York, NY • Philadelphia, PA • Phoenix, AZ • Puerto Plata, DR • San Juan, PR •
Santiago, DR • Salt Lake City, UT • Tucson, AZ • Washington, DC

Respectfully,

LAWRENCE A KATZ
Counsel for Plaintiff